**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-7421**

———————

JAMES ALLEN MORRIS,

Petitioner - Appellant,

versus

K. J. WENDT, Warden,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.  Irene M. Keeley, Chief
District Judge.  (CA-04-229-1)

———————

Submitted: January 26, 2006          Decided: February 2, 2006

———————

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James Allen Morris, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James A. Morris, a federal prisoner, appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000) and motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Morris v. Wendt, No. CA-04-229-1 (N.D.W. Va. Aug. 9 & 30, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED